IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLOTTE QUILLEN-SMITH,
    Plaintiff,
    v.
U.S. BANK, N.A. d/b/a U.S. BANK,
    Defendant.

:
:
:
:

Case No. 3:20-cv-364

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S UNOPPOSED MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND FOR ADDITIONAL TIME TO ANSWER (DOC. #9); ANSWER TO BE FILED BY OCTOBER 28, 2020; OVERRULING AS MOOT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DOC. #8)

---

Pursuant to Fed. R. Civ. P. 55(c), and for good cause shown, the Court SUSTAINS Defendant's unopposed Motion to Set Aside Clerk's Entry of Default and for Additional Time to Answer, Doc. #9. As requested, Defendant may have until October 28, 2020, to file its Answer.

The Court OVERRULES AS MOOT Plaintiff's Motion for Default Judgment, Doc. #8.

Date: October 22, 2020

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE